UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHRISTOPHER LEE CONYERS                                                              PLAINTIFF

VERSUS                                                             CIVIL ACTION NO. 1:15CV331-RHW

GEORGE COUNTY BOARD OF SUPERVISORS et al                        DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendant Ronnie White's [37] Motion for Summary Judgment is GRANTED and Defendant George County Board of Supervisor's [28] Motion for Summary Judgment is GRANTED and that Plaintiff's claims against the Defendants are DISMISSED with prejudice.

SO ORDERED, this the 17th day of August, 2016.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE